# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-2328-RPM-OES

GREG JOSEPH GONZALES, by and through his next friend, JUNE BRAVO,

    Plaintiff,

v.

OFFICER BRETT C. TITUS, in his official and personal capacity, and
CITY AND COUNTY OF DENVER, a municipality,

    Defendants.

---

## ORDER

---

Before me is the Unopposed Motion for Leave to Depose Witness Jeffrey Pacheco-Dominguez Pursuant to Fed.R.CIV.P. 30(a)(2), filed by Defendant City and County of Denver on August 9, 2005. Pursuant to Rule 30(a)(2), leave of court must be obtained if the person to be examined during the deposition is confined in prison. In this case, witness Jeffrey Pacheco-Dominguez is presently incarcerated by the State of Colorado at the Denver Reception Diagnostic Center ("DRDC"), and counsel for the parties are available for taking the deposition on August 26, 2005, commencing at 9:00 a.m.

The Court finds that the discovery sought by the Defendants through the deposition of witness Jeffrey Pacheco-Dominguez is necessary and appropriate to the case. Therefore, cause has been shown for the granting of the motion at the earliest possible date.

Accordingly, it is **ORDERED** that Unopposed Motion for Leave to Depose Witness Jeffrey Pacheco-Dominguez filed on August 9, 2005, is **GRANTED**. Defendants are

authorized to take the deposition of witness Jeffrey Pacheco-Dominguez on August 26, 2005, commencing at approximately 9:00 a.m., at the Denver Reception Diagnostic Center, 10900 Smith Road, Denver, Colorado 80239, or such other Colorado Department of Corrections prison facility at which said Jeffrey Pacheco-Dominguez may be incarcerated, subject to all rules and regulations which prison officials may impose in connection with its accommodation of the deposition.

Dated this 10 day of August, 2005.

BY THE COURT:

_____
United States District Court Judge