UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 03-cv-2328-RPM-OES

GREG JOSEPH GONZALES, by and through his next friend, JUNE BRAVO

    Plaintiffs,

v.

OFFICER BRETT C. TITUS, in his official and personal capacity, and
CITY AND COUNTY OF DENVER,

    Defendants.

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW

**THIS MATTER**, having come before the Court, the Court having reviewed the Unopposed Motion to Withdraw as Counsel and the file, having considered said Unopposed Motion, and being fully advised in the premises, the Court hereby:

**FINDS THAT** good cause exists for the Motion to Withdraw and **ORDERS** that the Unopposed Motion to Withdraw as Counsel is **GRANTED**. Seth A. Rider is permitted to withdraw as counsel of record in this matter. Thomas S. Rice will continue to represent **BRETT C. TITUS**

as counsel of record.

    Dated this 26th day of August, 2005

    By the Court:                                  s/Richard P. Matsch

                                                   _____
                                                   District Court Judge Richard P. Matsch

00194166.WPD