IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  03-cv-02328-RPM

GREG JOSEPH GONZALES, by and through his best friend, JUNE BRAVO,

       Plaintiff,

v.

OFFICER BRETT C. TITUS, in his official and personal capacity and
THE CITY AND COUNTY OF DENVER,

       Defendants.
_____

## ORDER OF DISMISSAL
_____

       Pursuant to the Stipulation for Dismissal of All State Claims with Prejudice, filed on November 4, 2005, it is

       ORDERED that all state claims against all defendants are dismised with prejudice, each party to bear its own costs and attorneys fees.

       DATED:  November 7, 2005

                             BY THE COURT:

                             s/Richard P. Matsch

                             _____
                             Richard P. Matsch, Senior District Judge