IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  03-cv-02328-RPM

GREG JOSEPH GONZALES, by and through his best friend, JUNE BRAVO,

       Plaintiff,

v.

OFFICER BRETT C. TITUS, in his official and personal capacity,

       Defendant.
_____

ORDER OF DISMISSAL OF BRETT C. TITUS
_____

       Pursuant to the Stipulation for Dismissal with Prejudice (Doc. #82), filed on February 23, 2006, it is

       ORDERED that the complaint and action against defendant Brett C. Titus are dismissed with prejudice, each party to pay its own costs and attorney's fees.

DATED:  February 23, 2006

                                     BY THE COURT:

                                     s/Richard P. Matsch

                                     _____

                                     Richard P. Matsch, Senior District Judge