IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  03-cv-02328-RPM

GREG JOSEPH GONZALES, by and through his best friend, JUNE BRAVO,

        Plaintiff,

v.

OFFICER BRETT C. TITUS, in his official and personal capacity and
THE CITY AND COUNTY OF DENVER,

        Defendants.
_____

ORDER OF DISMISSAL OF CITY AND COUNTY OF DENVER
_____

        Pursuant to the Stipulation for Dismissal with Prejudice (Doc. #81), filed on February 22, 2006, it is

        ORDERED that the complaint and action against the City and County of Denver are dismissed with prejudice, each party to pay its own costs and attorney's fees.

        DATED:  February 23, 2006

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge